UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 08-468 CPO |
| v. | : | |
| NAHEEM PERRY | : | NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that Naheem Perry, defendant in the above-captioned case, through his attorney, Maggie F. Moy, Assistant Federal Public Defender, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Amended Judgment entered by the Honorable Christine P. O'Hearn, United States District Judge, in this action on the 24th day of July 2025, in the United States District Court, Camden, New Jersey.

Respectfully submitted,

*s/ Maggie F. Moy*

MAGGIE F. MOY
Assistant Federal Public Defender
for the District of New Jersey
800 Cooper Street, Suite 350
Camden, New Jersey 08102
(856) 757-5341

Attorney for Defendant
NAHEEM PERRY

DATED:    July 24, 2025